# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | ERIC LEE PARRISH |
| **Case Number:** | 18-08698-JMC-13     **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, APRIL 16, 2019 01:00 PM   IP 325 |
| **Bankruptcy Judge:** | JAMES M. CARR |
| **Courtroom Clerk:** | HEATHER BUTLER |
| **Reporter / ECR:** | HEATHER BUTLER |

### Matter:

Continued Hearing on Trustee's Objection to Confirmation of Chapter 13 Plan [2], [15]

**R / M #:**   0 / 0

### Appearances:

MOLLY MILLER, TRUSTEE

### Proceedings:

Disposition:  Hearing held.  Objection sustained.  2018 tax returns to be submitted to the Trustee and amended plan to be filed within 14 days.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**